# Order

**Michigan Supreme Court**
**Lansing, Michigan**

November 26, 2008

130031 & (78)(83)

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
   Plaintiff-Appellee/
   Cross-Appellant,

v

LARRY A. MCGHEE,
   Defendant-Appellant/
   Cross-Appellee.

SC: 130031
COA: 256767
Oakland CC: 01-177766-FC

_____/

  By order of April 13, 2007, the parties were directed to file supplemental briefs. On order of the Court, the supplemental briefs having been received, the application for leave to appeal the November 8, 2005 judgment of the Court of Appeals and the application for leave to appeal as cross-appellant are again considered, and they are DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



  I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

November 26, 2008       _____

s1119               Clerk